

# Fourth Court of Appeals
## San Antonio, Texas

November 6, 2019

No. 04-19-00735-CR

**IN RE** Adam Michael **KOEHNKE**

Original Mandamus Proceeding[1]

**ORDER**

On October 21, 2019, relator filed a petition for writ of mandamus. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on November 6, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of November, 2019.

_____
Luz Estrada,
Chief Deputy Clerk

---

[1] This proceeding arises out of Cause No. A17632 & A17633, styled *The State of Texas v. Adam Michael Koehnke*, pending in the 216th Judicial District Court, Kerr County, Texas, the Honorable N. Keith Williams presiding.